IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY HACKNEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-7590 |
| | : | |
| T.D. BANK | : | |

**ORDER**

AND NOW, this 12th day of May, 2014, upon consideration of the following motions and responses thereto, and for the reasons stated in the Court's Memorandum, it is ORDERED:

1. Defendant T.D. Bank's Motion to Dismiss the Complaint (Document 6) is GRANTED. The Complaint is DISMISSED without prejudice to Plaintiff Larry Hackney proceeding in the Southern District of Florida in the event the parties cannot resolve this matter themselves.

2. Hackney's "Motion for Delaid Settlement" (Document 7) is DENIED.

3. Hackney's "Motions the Court to Order Defendants to Show the Date, Amount, and the Check in Xerox form on #1 Sheet of 8 ½ x 11," (Document 9) is DENIED.

4. The Clerk of Court is DIRECTED to docket Hackney's "Motion Defendants to Show Cut Check," which was received with his "Motion for Delaid Settlement," as having been filed on March 27, 2014. The "Motion Defendants to Show Cut Check" is DENIED.

5. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.